11/08/2013 17:09 FAX  2127914115                                                   ☑002/003

**MEMO ENDORSED**

**MEMO ENDORSED**

# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300  Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

CHRISTOPHER J. BATTAGLIA
MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
ANDREW KOUTSOUDAKIS
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
LUIS A. SERRANO
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1330
jschatz@koehler-isaacs.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2013

November 8, 2013

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV - 8 2013
UNITED STATES COURT JUDGE

**By ECF & Fax No. (212) 805-7927**
Hon. Naomi Reice Buchwald
United States District Court
Southern District New York
500 Pearl Street
New York, New York 10007

**Re:**            **Hinton v. City of New York et al.**
**Docket Number:** **13 CV 0651 (NRB)**

Your Honor:

   We represent individual Correction Officer Marquez in this § 1983 inmate lawsuit. We write to request an enlargement of time to file the answer on his behalf. This is our first request for an enlargement of time with respect to Officer Marquez.

   We received a copy of a letter dated November 6, 2013, from Assistant Corporation Counsel Noreen M. Stackhouse, Esq., which was addressed to each above referenced defendant at his work address. The letter informed that the defendant (1) the Office of the Corporation Counsel is unable to represent him in this action; and (2) he must answer the complaint in this action by November 13th, 2013. Officer Marquez had not yet received such notice. Upon our receipt, we immediately sent a letter to the defendant at his last known home address and reached him by phone to discuss representation by this firm.

   We have been advised by defendant Correction Officer Marquez that he wishes to be represented by our firm. However, since we have not yet had an opportunity to meet with the defendant, we would

11/08/2013 17:09 FAX  2127914115                                        ☒003/003

**KOEHLER & ISAACS LLP**

Hon. Naomi Reice Buchwald, U.S.D.J.
November 8, 2013
Page 2

**MEMO ENDORSED**

like additional time to do so and to investigate the allegations contained in the complaint. As such, we respectfully request an enlargement of time until December 6, 2013 to respond to this action. We thank you for your consideration of this request.

Sincerely,
KOEHLER & ISAACS LLP

By: _____
Julie Pearlman Schatz, Esq. (JS 6474)

*[Handwritten endorsement: Application granted. Naomi Reice Buchwald, USDJ 11/14/13]*

cc:   **By Fax: (718) 852-3586**
      Cynthia Conti-Cook, Esq.
      Attorney for Plaintiff
      Stoll, Glickman & Bellina, LLP
      475 Atlantic Avenue, 3rd floor
      Brooklyn, NY 11217

      **By Fax: (212) 788-9776**
      Noreen M. Stackhouse, Esq.
      Attorney for Defendants
      New York City Law Department
      100 Church Street
      New York, NY 10007